[No. 11344–5–I.   Division One.   November 5, 1984.]

ROBERT NOIA, ET AL, *Plaintiffs,* v. FERRELL–PENNING, INC., *Respondent,* EXPERT DRYWALL, INC., *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 79–2–08340–2, Frank D. Howard, J., entered January 27, 1982. *Reversed* by unpublished opinion per Ringold, J., concurred in by Corbett, A.C.J., and Williams, J.

[Nos. 13190–7–I; 13215–6–I;   Division One.   November 5, 1984.]
     13216–4–I.

THE STATE OF WASHINGTON, *Respondent,* v. ARTEZ M. FORD, *Appellant.*

Appeals from judgments of the Superior Court for King County, Nos. 83–1–00004–8, 80–1–04560–8, 80–1–04570–5, Terrence A. Carroll, J., entered April 26, 1983. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Coleman, JJ.

[No. 13398–5–I.   Division One.   November 5, 1984.]

THE STATE OF WASHINGTON, *Respondent,* v. ARTHUR BLANTON, *Appellant.*

Appeal from a judgment of the Superior Court for King County, No. 83–8–02223–3, Jack Richey, J. Pro Tem., entered September 8, 1982. *Dismissed* by unpublished opinion per Williams, J., concurred in by Corbett, A.C.J., and Swanson, J.